UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TODD JEUDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-cv-00754-SPM |
| | ) | |
| CITY OF BRENTWOOD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court, *sua sponte*, on reconsideration of Plaintiff's motion for appointment of counsel, which the Court denied without prejudice on February 2, 2026.   Doc. 9. Because the Court finds Plaintiff would benefit from the appointment of counsel for the limited purpose of obtaining a copy of his police report and identifying Defendant Officers John and Jane Doe, the Court will appoint Plaintiff counsel.

The appointment of counsel for an indigent pro se plaintiff lies within the discretion of the Court, as there is no constitutional or statutory right to appointed counsel in civil cases.   *Phillips v. Jasper Cnty. Jail*, 437 F.3d 791, 794 (8th Cir. 2006) (citation omitted).   The standard for appointment of counsel in civil cases is whether both the plaintiff and the Court would benefit from the assistance of counsel.   *Edgington v. Missouri Dep't of Corr.*, 52 F.3d 777, 780 (8th Cir. 1995) (citations omitted).   This determination involves the consideration of several relevant criteria, which include "the factual complexity of the issues, the ability of the indigent person to investigate the facts, the existence of conflicting testimony, the ability of the indigent person to present the claims, and the complexity of the legal arguments."   *Phillips*, 437 F.3d at 794 (citing *Edgington*, 52 F.3d at 780).

In the Court's order denying without prejudice Plaintiff's request for counsel, the Court held service of summons on Defendant Officers John and Jane Doe in abeyance for 30 days while Plaintiff obtained a copy of his police report and identified these officers. *Id.* Later, the Court granted Plaintiff an extension of time to identify the Defendant Officers because he anticipated his counsel mailing him a copy of his police report. Doc. 16. Plaintiff has still not identified Officers John and Jane Doe and has not amended his complaint. Upon review, the Court finds that after significant extensions of time, Plaintiff is unable to obtain a copy of his police report and identify these officers. The Court concludes that Plaintiff and the Court would benefit from the assistance of appointed counsel for the limited purpose of obtaining a copy of Plaintiff's police report from February 21, 2024, identifying Defendant Officers John and Jane Doe, and amending the complaint to reflect these Officers' identities. In the interest of justice, the Court will appoint Plaintiff counsel for this limited purpose.

Accordingly,

**IT IS HEREBY ORDERED** that the Court **vacates** its Order dated February 2, 2026 to the extent it denied without prejudice Plaintiff's motion to appoint counsel. Doc. [9]

**IT IS FURTHER ORDERED** that Plaintiff's motion to appoint counsel is **GRANTED**. Doc. [3]

**IT IS FURTHER ORDERED** that Gregory D. DeBeer of Mickes O'Toole LLC, 12412 Powerscourt Drive, Suite 200, St. Louis, Missouri 63131, telephone number 314-878-5600, is hereby appointed as counsel for Plaintiff Todd Jeude for the limited purpose of obtaining a copy of Plaintiff's police report from February 21, 2024, identifying Defendant Officers John and Jane Doe, and amending the complaint to reflect these Officers' identities.

-2-

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide appointed counsel with a copy of the complete Court file.

**Appointed counsel is advised that all applications for disbursement of funds from the Eastern District's Attorney Admission Fee Non-Appropriated Fund are governed by Local Rules 12.03 and 12.06, the Administrative Order of April 4, 2024, concerning the Attorney Admission Fee Non-Appropriated Fund. Form requests for compensation of services and reimbursement of expenses, may be obtained from the Clerk of Court or printed from the Court's website, www.moed.uscourts.gov.**

_____

SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 9th day of July, 2026.

-3-